# EXHIBIT C

I. November 27, 2018 Deposition Transcript of Glenn Leland ("Leland I Tr.") and January 3, 2019 Deposition Transcript of Glenn Leland ("Leland II Tr.")

| | Glenn Leland | | | |
|---|---|---|---|---|
| | **Trustee's Designation(s)** | **Objection(s)** | **Cross-Designation(s); Additional Rebuttal Leland Designations[1]** | **Additional Rebuttal Evidence Adduced At Trial** |
| 1. | Leland I Tr. 46:6–51:21 | 46:19–47:5: Lack of relevance<br>47:9–12: Lack of relevance<br>47:22–48:2: Lack of relevance<br>49:12–15: Lack of relevance<br>50:17–22: Lack of relevance<br>50:25–51:21: Lack of relevance | | July 23 AM Tr. 50:11–14; 54:21–55:2 |
| 2. | Leland I Tr. 59:5–61:14 | 60:17–19: Lack of relevance | Leland II Tr. 377:19–378:14<br>Leland II Tr. 686:20–691:13 | July 22 AM Tr. 60:9–17<br>July 23 AM Tr. 61:14–25<br>Aug. 13 PM Tr. 23:11–18<br>JX_7<br>JX_46, at PP-TRBK0053413 |
| 3. | Leland I Tr. 77:2–78:23 | Lack of relevance | Leland I Tr. 101:22–24 | July 23 AM Tr. 66:4–6<br>July 23 PM Tr. 20:25–21:10<br>JX_11, at PP-TRBK0087751 |
| 4. | Leland I Tr. 80:4–6 | Lack of relevance | Leland II Tr. 411:9–19, 415:10–14, 421:22–17<br>Leland II Tr. 458:12–15, 461:21–462:15 | JX_32, at PP-TRBK0031309 |

---

[1] The testimony designated in this column consists of (i) Defendants' cross-designations to Leland's deposition testimony (FPTO, Ex. E); (ii) testimony Defendants' designated from the January 3, 2019 deposition of Mr. Leland; and (iii) additional deposition testimony of Mr. Leland that the Trustee designated in the FPTO but did not reference in his Submission.

| Glenn Leland | | | |
|---|---|---|---|
| **Trustee's Designation(s)** | **Objection(s)** | **Cross-Designation(s); Additional Rebuttal Leland Designations[1]** | **Additional Rebuttal Evidence Adduced At Trial** |
| 5. Leland I Tr. 82:21–83:25 | 83:13–25: Lack of relevance | Leland II Tr. 511:3–513:3<br>Leland II Tr. 537:17–539:6 | JX_29<br>JX_32<br>JX_44<br>JX_52 |
| 6. Leland I Tr. 84:9–16 | Lack of relevance | Leland II Tr. 320:25–321:13<br>Leland II Tr. 326:16–328:3 | JX_32, at PP-TRBK0031309 |
| 7. Leland I Tr. 85:9–86:14 | | | July 23 AM Tr. 63:2–64:7<br>Aug. 13 AM Tr. 48:8–16 |
| 8. Leland I Tr. 97:11–98:25 | | | Aug. 13 AM Tr. 48:8–11; 49:1–17<br>Aug. 13 PM Tr. 36:13–19 |
| 9. Leland I Tr. 101:13–101:20 | | Leland I Tr. 101:22–24 | JX_11, at PP-TRBK0087751 |
| 10. Leland I 144:13–145:17 | | Leland II Tr. 377:19–378:14<br>Leland II Tr. 686:20–691:13 | July 22 AM Tr. 60:9–17<br>JX_49, at TRANSCARE00006122 |
| 11. Leland I Tr. 171:5–172:24 | | | July 22 PM Tr. 89:1–25; 90:6–14 |
| 12. Leland I 172:25–173:9 | | | Aug. 13 PM Tr. 36:13–16; 37:16–20 |
| 13. Leland I Tr. 174:2–175:13 | | | Aug. 13 PM Tr. 38:4–39:14 |
| 14. Leland I Tr. 176:2–7 | | | July 23 AM Tr. 53:4–22 |
| 15. Leland I Tr. 178:2–180:19 | | Leland I Tr. 179:13–180:2 | |
| 16. Leland I Tr. 245:22–246:24 | | Leland II Tr. 377:19–378:14<br>Leland II Tr. 686:20–691:13 | JX_45, at PP-TRBK0030459<br>JX_51, at PP-TRBK0098489 |
| 17. Leland II Tr. 547:13–549:9 | | | July 22 PM Tr. 94:14–96:12 |
| 18. Leland II Tr. 583:9–584:25 | | | July 22 PM Tr. 94:14–96:12 |

II. *LaMonica v. Tilton, et al.*, Adv. Proc. No. 18-1021: November 12, 2018 Deposition of John Husson ("Husson (*LaMonica*) Tr.")

| John Husson | | | |
|---|---|---|---|
| **Trustee's Designation(s)** | **Objection(s)** | **Cross-Designation(s)** | **Additional Rebuttal Evidence Adduced At Trial** |
| 1. Husson (*LaMonica*) Tr. 44:25–45:25 | | | DX_88, at PP-TRBK0109644<br>DX_92, at PP-TRBK0075200 |
| 2. Husson (*LaMonica*) Tr. 48:11–49:10 | Lack of relevance | | |
| 3. Husson (*LaMonica*) Tr. 56:14–57:6 | | | July 22 PM Tr. 118:3–10<br>DX_92, at PP-TRBK0075200<br>DX_130, at PP-TRBK0028276<br>JX_84, at WF_TC_0000053 |

III. *Ien v. TransCare Corp., et al.*, Adv. Proc. No. 16-1033: November 12, 2018 Deposition Transcript of John Husson ("Husson (*Ien*) Tr.")

| John Husson | | | |
|---|---|---|---|
| **Trustee's Designation(s)** | **Objection(s)** | **Cross-Designation(s)** | **Additional Rebuttal Evidence Adduced At Trial** |
| 1. Husson (*Ien*) Tr. 35:24–36:20 | 36:17–20: Lack of personal knowledge; Improper lay opinion | | DX_92, at PP-TRBK0075200 |