# EXHIBIT D

# The Deterioration of TransCare

**October 14**
- Wells Fargo issued a Notice of Non-Renewal to TC which stated that the outstanding balance of ~$14M had to be paid in full by TC by January 31, 2016. (DX_76; PX_257.)

**December 16**
- Tilton determined to explore a potential sale of TC. (DX_92.)

**December 16-31**
- Tilton, with Wells Fargo, began to plan for a potential sale process. (DX_92, DX_100, JX_64, JX_65.) Wells Fargo expressed concerns about TC's ability to survive a sale process. (DX_92.)

**January 7**
- Tilton engaged CMAG to serve as a financial advisor, and "assist TC by providing and overseeing . . . recommendations intended to manage, secure [and] improve [TC's] financial performance and liquidity." (DX_106.)

**January 8**
- TC's CEO left the company. (Stip. No. 24.)

**January 14**
- CMAG explained that TC "require[d] a substantial amount of [new money] funding *if the business [was] going to survive . . . "[t]hese are not wish list amounts that might have been asked of you [Tilton], but absolutely necessary in order to keep the business as an ongoing enterprise.*" (PX_165.)

**January 15**
- TC was "out of cash and needed the money to pay for insurance so that [it] could continue to operate[]." (PFC at 90.) Tilton approved a loan from Ark II (Tilton's personal investment vehicle) to cover the payments. (DX_112; Aug. 13 AM Tr. 57:18-58:4.)

**January 27**
- CMAG Executive Summary showed need for "immediate pledge of financial support from Patriarch in excess of $7.5M." (PFC at 19; PX_175.) CMAG explained: "[T]ime has run out and the decision [for Tilton] to risk significant capital must be made before a turnaround can show meaningful positive results." (PX_175, at 02114.)

**February 5**
- "Tilton made a good faith determination that the company as a whole was not saleable." (PFC at 43.)

**February 9-10**
- Tilton began exploring OldCo/NewCo Restructuring. TC hires Curtis Mallet to assist with any out-of-court or in-court restructuring. (DX_130; JX_77.)

**February 10-23**
- Tilton, Wells Fargo, and their respective advisors engaged in continuous and transparent communications concerning the preparation and exchange of financial models, the mechanics of the Article 9 foreclosure, and the potential purchase by Tilton of accounts receivable. (*See, e.g.*, JX_84; JX_86; JX_93.)

**February 15**
- Wells refused to agree to subordinate its liens and indebtedness to a DIP lender, including Tilton. (JX_82; DX_195.)

**February 17-18**
- Wells decided to cease further funding and Tilton sent TC and PP staff home because operations at TC would cease. Hours later, Wells "decided they would like to find a joint solution to unwind more gracefully." (DX_150.)

**February 19**
- TC lost its contracts with Bronx Lebanon, Montefiore Hospital, and the University of Maryland (DX_157). The Bronx Lebanon and Montefiore contracts generated about $2.5M of EBITDA. (PFC at 28.) NewCo was to take over these contracts and their loss was "a big hit" to the OldCo/NewCo Restructuring. (*Id.*)

**February 24**
- PPAS foreclosed on Subject Collateral. (JX_96.)

**February 24-25**
- TC was without sufficient cash necessary to operate or cover payroll, resulting in a cessation of operations and the Chapter 7 filing. (JX_97; PFC at 31-32.)

Oct. 2015 | Dec. 2015 | Jan. 2016 | Feb. 2016