**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

SALVATORE LAMONICA, as Chapter 7    :
Trustee for the Estates of TransCare    :
    Corporation, <u>et al.</u>,    :
    :
    :
    :
              Plaintiff,    :
    :  Case No. 20-cv-06523 (LAK)
       - against -    :
    :
LYNN TILTON, <u>et al.</u>,    :
    :
          Defendants.    :
    :
--------------------------------------------------------------x

**JOINT DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON**
***DEFENDANT LYNN TILTON'S OBJECTIONS TO THE BANKRUPTCY COURT'S***
***POST-TRIAL FINDINGS OF FACT AND CONCLUSIONS OF LAW*,**
<u>**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9033(b)**</u>

Pursuant to Rule 9033(b) of the Federal Rules of Bankruptcy Procedure, Plaintiff

Salvatore LaMonica, as Chapter 7 Trustee, and Defendant Lynn Tilton (collectively, the

"<u>Parties</u>"), hereby jointly designate the following items for inclusion in the record on *Defendant*

*Lynn Tilton's Objections to the Bankruptcy Court's Post-Trial Findings of Fact and Conclusions*

*of Law* [Dkt. No. 3, Case No. 20-cv-06523-LAK; Dkt. No. 150, Adv. Proc. No. 18-1021-smb]:

1.       All items (Nos. 1-127) listed in *Defendants-Appellants' Statement of Issues to be*

*Presented on Appeal, Designation of Items to be Included in the Record on Appeal, and*

*Certificate Regarding Transcripts Pursuant to Federal Rule of Bankruptcy Procedure 8009* [Dkt.

No. 152, Adv. Proc. No. 18-1021-smb], annexed hereto as <u>**Exhibit A**</u>;[1]

---

[1] PX_257, cited in *Defendant Lynn Tilton's Objections to the Bankruptcy Court's Post-Trial Findings of Fact and Conclusions of Law*, is the same document as item No. 28 listed in Exhibit A.

2.      All items (Nos. 131-187) listed in *Plaintiff-Appellee's Amended Counter-Designation of Additional Items to be Included in the Record on Appeal, Pursuant to Rule 8009(a)(2)* [Dkt. No. 159, Adv. Proc. No. 18-1021-smb], annexed hereto as **Exhibit B**; and

3.      Two additional documents cited in *Plaintiff's Response to Defendant Lynn Tilton's Objections to the Bankruptcy Court's Post-Trial Findings of Fact and Conclusions of Law*, annexed hereto as **Exhibit C** [Dkt. No. 11, Chapter 7 Case No. 16-10407] and **Exhibit D** [Dkt. No. 49, Chapter 7 Case No. 16-10407].

Items 1 and 2 also comprise the record on appeal designated by the Parties in the related action before this Court, entitled *LaMonica et al. v. Tilton et al.*, Case No. 20-cv-06274-LAK. The record on appeal in that action was transmitted electronically to the Court on August 28, 2020 [Dkt. No. 6, Case No. 20-cv-06274-LAK], and Defendants-Appellants in that action submitted a copy of the record on appeal to the Court on September 4, pursuant to the Court's Individual Rules of Practice regarding Bankruptcy Appeals.

Dated: September 29, 2020
            New York, New York

                              Respectfully submitted,

AMINI LLC                               PROSKAUER ROSE LLP

By: */s/ Avery Samet*                   By: */s/ Michael T. Mervis*
Bijan Amini                             Michael T. Mervis
Avery Samet                             Timothy Q. Karcher
131 West 35th Street, 12th Floor        Eleven Times Square
New York, New York 10001                New York, NY  10036-8299
Tel: (212) 490-4700                     Tel.: (212) 969-3000
bamini@aminillc.com                     Fax: (212) 969-2900
asamet@aminillc.com                     Email: mmervis@proskauer.com
                                               tkarcher@proskauer.com

*Attorneys for Plaintiff*               *Attorneys for Defendant Lynn Tilton*
*Salvatore LaMonica,*
*as Chapter 7 Trustee*