UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, et al.,<br><br>                                 Debtors.<br>SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al.,<br>                                 Plaintiff,<br><br>         - against -<br><br>LYNN TILTON, et al.,<br>                                 Defendants. | 20-cv-06523 (LAK)<br><br>(Bankr. Case No. 16-10407 (SMB))<br>(Adv. Proc. No. 18-1021 (SMB)) |

## NOTICE OF PLAINTIFF'S MOTION FOR
## AMENDED JUDGMENT AGAINST DEFENDANT LYNN TILTON

      PLEASE TAKE NOTICE, that upon the accompanying Declaration of Avery Samet and Memorandum of Law in Support, both dated October 18, 2021, the above-named Plaintiff respectfully moves this Court for an amended judgment against Defendant Lynn Tilton in the amount of $38,200,000, plus prejudgment interest at the rate of 6% per annum, not compounded and commencing February 24, 2016, pursuant to Rule 59(e).

Dated: New York, New York
       October 18, 2021

AMINI LLC

/s/ Avery Samet
Bijan Amini
Avery Samet
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
bamini@aminillc.com
asamet@aminillc.com
*Attorneys for Plaintiff-Judgment Creditor*