UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, et al.,<br><br>                                         Debtors.<br>SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al.,<br>                                         Plaintiff,<br>       - against -<br>LYNN TILTON, et al.,<br>                                         Defendants. | 20-cv-06523 (LAK)<br><br>(Bankr. Case No. 16-10407 (SMB))<br>(Adv. Proc. No. 18-1021 (SMB)) |

### DECLARATION OF AVERY SAMET IN SUPPORT OF PLAINTIFF'S MOTION FOR AMENDED JUDGMENT AGAINST DEFENDANT LYNN TILTON

Avery Samet hereby declares:

1. I am a member of the law firm Amini LLC, attorneys for the Plaintiff-Trustee herein, and submit this declaration in support of his motion, pursuant to Rule 59(e), to amend the judgment entered against Defendant Lynn Tilton on October 6, 2021 [Dkt. 11] to include prejudgment interest.

2. Attached hereto as Exhibit A is a true and correct copy of the Amended Complaint filed in the underlying adversary proceeding on November 28, 2018 [Adv. Proc. No. 18-1021, Dkt. 53].

3. Attached hereto as Exhibit B is a true and correct copy of the Joint Pre-Trial Order entered in the underlying adversary proceeding, so ordered on May 14, 2019 [Adv. Proc. No. 18-1021, Dkt. 85].

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2021.

                                                                            /s/ Avery Samet