Bond Number: SUR0060420

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TransCare Corporation, et al, Debtors.
Salvatore Lamonica, as Chapter 7 Trustee of the
Jointly-Administered Estates of TransCare
Corporation, et al.,

          Plaintiff,

-against-

Lynn Tilton, Patriarch Partners Agency Services,
LLC, Patriarch Partners, LLC, Patriarch Partners
Management Group, LLC, Ark II CLO 2001-1
Limited, Transcendence Transit, Inc. and
Transcendence Transit II, Inc.,

          Defendants,

Case Number #: 20-cv-06523 (LAK)

(Bankr. Case No. 16-10407 (SMB))
(Adv. Proc No. 18-1021 (SMB))

[ELECTRONICALLY FILED stamp, DATE FILED: 10/19/2021]

## SUPERSEDEAS (APPEAL) BOND

**KNOW ALL BY THESE PRESENTS,** that we, Lynn Tilton, as Principal, and ARGONAUT INSURANCE COMPANY, a corporation organized under the laws of the State of ILLINOIS with principal place of business at 175 E. Houston Street, Suite 1300, San Antonio, TX 78205, as Surety, are held and firmly bound unto TransCare Corporation, in the penal sum of Forty Two Million Four Hundred Two Thousand Dollars and 00/100 (US $42,402,000.00), lawful money of the United States, to the payment of which well and truly to be made we hereby bind ourselves and our heirs, administrators, successors, and assigns, jointly and severally, firmly by these presents.

**WHEREAS,** judgment was signed in this case in favor of Trans Care Corporation, Plaintiff, and against Lynn Tilton, Defendant, for damages in the sum of $38,200,000.00.

**WHEREAS,** Lynn Tilton, Defendant, desires to suspend enforcement of the judgment pending determination of the appeal:

**NOW, THEREFORE,** the condition of this obligation is such that, if the above named defendant, as principal, shall prosecute his appeal with effect and shall, if the judgement of the Court be against her, perform such judgement or decree of said court, and pay all such damages, interest and costs as may be awarded against him on such appeal, then this obligation shall be void, otherwise to remain in full force and effect.

**PROVIDED, HOWEVER,** that in no event shall the surety's liability exceed the penal sum of this bond.

**SIGNED** this 15th day of October, 2021.

Principal: Lynn Tilton

_____
Lynn Tilton

Surety: Argonaut Insurance Company

By: _____
Christopher A. Lydick, Attorney-in-Fact

---

I have approved and filed this bond on the 19 day of October, 2021.
Signature of Court Clerk: KMango    Typed Name: K. Mango

RUBY J. KRAJICK
**CLERK OF COURT**
approved 10/19/2021
BY _____
Deputy Clerk

# Argonaut Insurance Company
## Deliveries Only: 225 W. Washington, 24th Floor
## Chicago, IL 60606
## United States Postal Service: P.O. Box 469011, San Antonio, TX 78246
## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the Argonaut Insurance Company, a Corporation duly organized and existing under the laws of the State of Illinois and having its principal office in the County of Cook, Illinois does hereby nominate, constitute and appoint:

Kenneth J. Peeples, Christopher A. Lydick, James Holden Keen, Adam Pfanmiller, David MacLeod, Julia C. McElligott, Phoebe C. Honeycutt, Brooke Gagne, Megan S. Bartman, Bobbi D. Pendleton,
Heather Burroughs, Jennifer Pollard, Jason Lee Sayers

Their true and lawful agent(s) and attorney(s)-in-fact, each in their separate capacity if more than one is named above, to make, execute, seal and deliver for and on its behalf as surety, and as its act and deed any and all bonds, contracts, agreements of indemnity and other undertakings in suretyship provided, however, that the penal sum of any one such instrument executed hereunder shall not exceed the sum of:

$85,000,000.00

This Power of Attorney is granted and is signed and sealed under and by the authority of the following Resolution adopted by the Board of Directors of Argonaut Insurance Company:

"RESOLVED, That the President, Senior Vice President, Vice President, Assistant Vice President, Secretary, Treasurer and each of them hereby is authorized to execute powers of attorney, and such authority can be executed by use of facsimile signature, which may be attested or acknowledged by any officer or attorney, of the Company, qualifying the attorney or attorneys named in the given power of attorney, to execute in behalf of, and acknowledge as the act and deed of the Argonaut Insurance Company, all bond undertakings and contracts of suretyship, and to affix the corporate seal thereto."

IN WITNESS WHEREOF, Argonaut Insurance Company has caused its official seal to be hereunto affixed and these presents to be signed by its duly authorized officer on the 8th day of May, 2017.

Argonaut Insurance Company

by: _____
Joshua C. Betz, Senior Vice President

STATE OF TEXAS
COUNTY OF HARRIS  SS:

On this 8th day of May, 2017 A.D., before me, a Notary Public of the State of Texas, in and for the County of Harris, duly commissioned and qualified, came THE ABOVE OFFICER OF THE COMPANY, to me personally known to be the individual and officer described in, and who executed the preceding instrument, and he acknowledged the execution of same, and being by me duly sworn, deposed and said that he is the officer of the said Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and the said Corporate Seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the said corporation, and that Resolution adopted by the Board of Directors of said Company, referred to in the preceding instrument is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my Official Seal at the County of Harris, the day and year first above written.

Kathleen M. Mueks
(Notary Public)

I, the undersigned Officer of the Argonaut Insurance Company, Illinois Corporation, do hereby certify that the original POWER OF ATTORNEY of which the foregoing is a full, true and correct copy is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the Seal of said Company, on the 15th day of October, 2021.



James Bluzard, Vice President-Surety

**THIS DOCUMENT IS NOT VALID UNLESS THE WORDS ARGO POWER OF ATTORNEY ARE IN BLUE. IF YOU HAVE QUESTIONS ON AUTHENTICITY OF THIS DOCUMENT CALL (210) 321 - 8400.**