UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, et al.,<br><br>                            Debtors.<br>SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al.,<br>                      Plaintiff-Appellee,<br><br>     - against -<br><br>LYNN TILTON, PATRIARCH PARTNERS AGENCY SERVICES, LLC, PATRIARCH PARTNERS, LLC, PATRIARCH PARTNERS MANAGEMENT GROUP, LLC, ARK II CLO 2001-1 LIMITED, TRANSCENDENCE TRANSIT, INC. and TRANSCENDENCE TRANSIT II, INC.,<br>                      Defendants-Appellants. | 20-cv-06523 (LAK)<br><br>(Bankr. Case No. 16-10407 (SMB))<br>(Adv. Proc. No. 18-1021 (SMB))<br><br>**AMENDED JUDGMENT** |

       This matter having come before this Court on the Proposed Findings of Fact and Conclusions of Law, made July 6, 2020 by the Bankruptcy Court [Dkt. 1]; and the Bankruptcy Court having previously entered judgment in favor of Plaintiff Salvatore LaMonica, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al., and against Defendants Patriarch Partners Agency Services, LLC, Transcendence Transit, Inc. and Transcendence Transit II, Inc., jointly and severally, in the amount of $45,225,523.29, plus post-judgment interest at the rate prescribed by 28 U.S.C. § 1961 [Adv. Proc. No. 18-1021, Dkt. 141]; now, therefore, for reasons set forth in the Memorandum Opinion of this Court, entered September 29, 2021 [Dkt. 9], and the Memorandum Opinion, entered December 14, 2021 [Dkt. 21], it is hereby:

       ORDERED, ADJUDGED and DECREED, that judgment is hereby entered in favor of Plaintiff Salvatore LaMonica, as Chapter 7 Trustee of the Jointly-Administered Estates of

TransCare Corporation, et al. (the "Trustee"), and against Defendant Lynn Tilton, in the amount of $38,200,000.00, plus prejudgment interest at the rate of 6% per annum from February 24, 2016 to December 16, 2021, of $13,324,997.26, for a total judgment in the amount of $51,524,997.26; and post-judgment interest shall accrue thereon at the rate prescribed by 28 U.S.C. § 1961; and it is further

ORDERED, ADJUDGED and DECREED, that the Trustee shall be entitled only to a single satisfaction on his respective judgments against Defendants Lynn Tilton, Patriarch Partners Agency Services, LLC, Transcendence Transit, Inc. and Transcendence Transit II, Inc.

Dated: December ___, 2021

                                                        Hon. Lewis A. Kaplan
                                               United States District Judge