## GENERAL SURETY RIDER

**To be attached and form a part of**

Type of Bond: Supersedeas (Appeal) Bond

Bond No.: SUR0060420

Dated effective: 10/15/2021
(MONTH, DAY, YEAR)

executed by: Lynn Tilton, as Principal,
(PRINCIPAL)

and by: Argonaut Insurance Company, as Surety,
(SURETY)

and in favor of: TransCare Corporation
(OBLIGEE)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2022
```

Case # 20 CV 6523 (LAK)

In consideration of the mutual agreements herein contained the Principal and the Surety hereby consent to changing

| INFORMATION | FROM: | TO: |
|---|---|---|
| Penal sum of bond | Forty Two Million Four Hundred Two Thousand and 00/100 Dollars ($42,402,000) | Fifty Seven Million One Hundred Ninety Two Thousand Seven Hundred Forty Seven and 00/100 Dollars ($57,192,747) |

Nothing herein contained shall vary, alter or extend any provision or condition of this bond except as herein expressly stated.

This rider is effective 10/15/2021
(MONTH, DAY, YEAR)

Signed and Sealed 02/17/2022
(MONTH, DAY, YEAR)

_Lynn Tilton_
BY: [signature]
**PRINCIPAL**

**TITLE**

Argonaut Insurance Company
**SURETY**

BY: [signature]
Kenneth J. Peeples,
**ATTORNEY-IN-FACT**

[Argonaut Insurance Company Corporate Seal 1948 Illinois]

**RUBY J. KRAJICK**
**CLERK OF COURT**
approved 2/23/2022
BY _K. Mango_
**Deputy Clerk**

## Argonaut Insurance Company
### Deliveries Only: 225 W. Washington, 24th Floor
### Chicago, IL 60606
### United States Postal Service: P.O. Box 469011, San Antonio, TX 78246
### POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That the Argonaut Insurance Company, a Corporation duly organized and existing under the laws of the State of Illinois and having its principal office in the County of Cook, Illinois does hereby nominate, constitute and appoint:

Kenneth J. Peeples, Christopher A. Lydick, James Holden Keen, Adam Pfanmiller, Julia C. McElligott, Phoebe C. Honeycutt, Brooke Gagne, Megan S. Bartman, Bobbi D. Pendleton, Heather Segrist, Jennifer Pollard, Jason Lee Sayers

Their true and lawful agent(s) and attorney(s)-in-fact, each in their separate capacity if more than one is named above, to make, execute, seal and deliver for and on its behalf as surety, and as its act and deed any and all bonds, contracts, agreements of indemnity and other undertakings in suretyship provided, however, that the penal sum of any one such instrument executed hereunder shall not exceed the sum of:

$97,550,000.00

This Power of Attorney is granted and is signed and sealed under and by the authority of the following Resolution adopted by the Board of Directors of Argonaut Insurance Company:

"RESOLVED, That the President, Senior Vice President, Vice President, Assistant Vice President, Secretary, Treasurer and each of them hereby is authorized to execute powers of attorney, and such authority can be executed by use of facsimile signature, which may be attested or acknowledged by any officer or attorney, of the Company, qualifying the attorney or attorneys named in the given power of attorney, to execute in behalf of, and acknowledge as the act and deed of the Argonaut Insurance Company, all bond undertakings and contracts of suretyship, and to affix the corporate seal thereto."

IN WITNESS WHEREOF, Argonaut Insurance Company has caused its official seal to be hereunto affixed and these presents to be signed by its duly authorized officer on the 19th day of November, 2021.

Argonaut Insurance Company

by: _____
Gary E. Grose, President

STATE OF TEXAS
COUNTY OF HARRIS  SS:

On this 19th day of November, 2021 A.D., before me, a Notary Public of the State of Texas, in and for the County of Harris, duly commissioned and qualified, came THE ABOVE OFFICER OF THE COMPANY, to me personally known to be the individual and officer described in, and who executed the preceding instrument, and he acknowledged the execution of same, and being by me duly sworn, deposed and said that he is the officer of the said Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and the said Corporate Seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the said corporation, and that Resolution adopted by the Board of Directors of said Company, referred to in the preceding instrument is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand, and affixed my Official Seal at the County of Harris, the day and year first above written.



(Notary Public)

I, the undersigned Officer of the Argonaut Insurance Company, Illinois Corporation, do hereby certify that the original POWER OF ATTORNEY of which the foregoing is a full, true and correct copy is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the Seal of said Company, on the 17th day of February, 2022.



Austin W. King, Secretary

IF YOU HAVE QUESTIONS ON AUTHENTICITY OF THIS DOCUMENT CALL (833) 820 - 9137.