UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>TRANSCARE CORPORATION, et al.,<br>　　　　　　　　　　　　　Debtors.<br>SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al.,<br>　　　　　　　　　　　　　Plaintiff,<br>v.<br>LYNN TILTON, et al.,<br>　　　　　　　　　　　　　Defendants. | 20-cv-06523 (LAK)<br><br>16-bk-10407 (DSJ)<br><br>18-ap-01021 (DSJ)<br><br>**ORDER TO SHOW CAUSE** |

　　　Upon the declaration of Avery Samet in support, together with the exhibits annexed thereto, and the memorandum of law in support, both dated November 13, 2023, it is hereby:

　　　ORDERED, that Argonaut Insurance Company ("Surety") show cause before this Court, at Courtroom 21B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, on _____, 2023, at ___:___ a.m./p.m., or as soon thereafter as counsel may be heard, why an order should not be made and entered enforcing Surety's liability on Bond #SUR0060420, pursuant to FRAP 8(b), and granting such other and further relief as this Court deems just and proper; and it is further

　　　ORDERED, that opposition papers be served by _____, 2023; and it is further

　　　ORDERED, that reply papers be served by _____, 2023; and it is further

　　　ORDERED, that movant serve Surety via the Clerk, pursuant to FRAP 8(b), by depositing with the Clerk the original and four copies of this order, pursuant to Local Civil Rule 65.1.1(f), by _____, 2023 and that such service be deemed good and sufficient.

Dated: New York, New York
　　　　November ___, 2023

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Lewis A. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge