

Bijan Amini  
MEMBER NY & DC BARS

212.497.8217  
bamini@aminillc.com

November 8, 2023

**By Overnight Mail and Email**

Argo Surety Claims Department  
225 West Washington Street  
24th Floor  
Chicago, IL 60606  
surety.claims@argosurety.com

Re: Claim on Supersedeas (Appeal) Bond #SUR0060420

Dear sir or madam:

We are counsel for Salvatore LaMonica, Chapter 7 Trustee of the Estate of TransCare Corporation, et al., the named obligee under the above-referenced bond, a copy of which is enclosed together with the general surety rider increasing its penal sum to $57,192,747.

The Second Circuit has affirmed the judgment of the United States District Court for the Southern District of New York in favor of the Chapter 7 Trustee and against Lynn Tilton, the named principal under the bond, in the amount of $51,524,997.26. Enclosed are the District Court's judgment and the Second Circuit's mandate.

We hereby demand payment of the full amount of the judgment, plus post-judgment interest at the statutory rate under 28 U.S.C. § 1961. As to post-judgment interest, the weekly average one-year constant maturity Treasury yield for the calendar week preceding December 22, 2021 was .27%, per the Federal Reserve Economic Data (FRED) database, linked here. Post-judgment interest, calculated in accordance with the instructions of the District Court, is accordingly $381.1438 per day from said date ($261,464.65 through November 9, 2023).

We believe this submission satisfies all conditions precedent to payment under the bond. The Trustee's transfer instructions are as follows:

Account name: 
Bank name:
ABA #
Account#

The instructions should be confirmed orally with the undersigned at (917) 747-2946 before initiation of such transfer.

Argo Surety Claims Department
November 8, 2023
Page 2

If Argo has any questions concerning the foregoing do not hesitate to contact me.

Sincerely,

*Bijan Amini*

Bijan Amini

Enclosures

cc: Salvatore LaMonica, Chapter 7 Trustee
    Carter Phillips