# AMINI LLC

**Bijan Amini**  
MEMBER NY & DC BARS

212.497.8217  
bamini@aminillc.com

November 10, 2023

**By Email**

Argo Surety Claims Department  
225 West Washington Street  
24th Floor  
Chicago, IL 60606  
surety.claims@argosurety.com

Re: Claim on Supersedeas (Appeal) Bond #SUR0060420

Dear sir or madam:

We represent Salvatore LaMonica, Chapter 7 Trustee of the Estate of TransCare Corporation, et al., the named obligee under the above-referenced bond.

On November 8, 2023, we wrote to you, by email and overnight mail, demanding payment on the bond in light of the Second Circuit having affirmed the District Court's judgment in favor of the Trustee in the amount of $51,524,997.26 and issued its mandate. Our letter included: (1) a copy of the bond, (2) the District Court's judgment, (3) the Second Circuit's mandate, (4) the calculation of post-judgment interest (5) wire instructions and (6) my contact information, including my mobile number, so wire instructions could be confirmed orally prior to payment being made. The letter demanded payment of $51,786,461.91.

On November 9, 2023, at around noon (Eastern), I also left a voice message at (833) 820-9137, the number indicated on your website, to follow up.

Not having heard from your office, we now write to let you know that if we do not hear from your office by Monday morning Eastern time, we intend to ask the Court to direct immediate payment on the bond. Please advise us of the name and contact information of your counsel so we may give them appropriate notice.

Sincerely,

*Bijan Amini*

Bijan Amini

cc: Salvatore LaMonica, Chapter 7 Trustee  
  Carter Phillips