**ARGO SURETY**
Member Argo Group

November 10, 2023

**VIA ELECTRONIC MAIL**
Amini L.L.C.
Attn.: Bijan Amini, Esq.
131 WEST 35th Street, 12th FL
New York, NY 10001

Re:  Surety:      Argonaut Insurance Company
     Principal:   Lynn Tilton
     Obligee:     TransCare Corporation
     Project:     Supersedeas (Appeal) Bond
     Bond No.:    SUR0060420
     Claim No.:   SUR-0001089

Dear Mr. Amini:

Argonaut Insurance Company ("AIC") acknowledges receipt of your correspondence dated November 8, 2023 and November 10, 2023 concerning your client's claim or potential claim on the above referenced Bond.

We have commenced an independent investigation into this claim or potential claim. This includes, but is not limited to, verifying the veracity of the court documentation provided in the initial submission and reviewing this matter with our bond principal. As part of our independent investigation, we may also require certain additional information from Mr. LaMonica. If you have any other information of which you feel surety should be made aware that has not already been provided, please supply it. We further reserve the right to request additional information as our investigation proceeds.

This correspondence and all prior and subsequent communications and/or investigative efforts are made with the express reservation of all rights and defenses which Argonaut Insurance Company and/or the Principal has or may have at law, equity or under the terms and provisions of the bond and includes, but is not limited to, applicable Federal Rules of Appellate Procedure, Federal Rules of Civil Procedure, applicable local court rules, applicable local general court rules, and applicable Bankruptcy Rules and procedures. This reservation includes, without limitation, defenses which may be available under any applicable notice and suit limitation provisions.

Please do not hesitate to contact me if you have any questions.

Very Truly Yours,
Argonaut Insurance Company

*[signature]*

Harold E. McKee
VP, Head of Surety Claims, Counsel


cc:   Mark A. Perry, Esq. (via electronic mail)
      Michael T. Mervis, Esq. (via electronic mail)
      Lisa M. Jennings – Argo Surety

*Harold E. McKee*
*VP, Head of Surety Claims, Counsel*
P.O. Box 469011
San Antonio, TX  78246
Phone: (312) 977-3244
harold.mckee@Argosurety.com
www.argosurety.com