UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>TRANSCARE CORPORATION, et al.,<br>　　　　　　　　　　　　　Debtors.<br>SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al.,<br>　　　　　　　　　　　　　Plaintiff,<br>v.<br>LYNN TILTON, et al.,<br>　　　　　　　　　　　　　Defendants. | 20-cv-06523 (LAK)<br><br>16-bk-10407 (DSJ)<br><br>18-ap-01021 (DSJ)<br><br>**REPLY** |

　　　　Plaintiff's undersigned counsel has conferred with counsel for Argonaut Insurance Company ("Surety") concerning this matter.  Subject to the Court's approval, plaintiff and Surety have agreed to the proposed consent order being uploaded contemporaneously herewith.  Entry of that proposed order resolves the issues addressed by the order to show cause (ECF Doc. #31).  Counsel remain prepared, however, to appear for the hearing today should the Court require them to do so.

Dated:  New York, New York
　　　　November 16, 2023

Amini LLC

/s/ Avery Samet
Bijan Amini
Avery Samet
131 West 35th Street
12th Floor
New York, New York 10001
(212) 490-4700
bamini@aminillc.com
asamet@aminillc.com
Attorneys for Plaintiff