UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>TRANSCARE CORPORATION, et al.,<br>　　　　　　　　　　　　　Debtors. | 20-cv-06523 (LAK)<br><br>16-bk-10407 (DSJ) |
| SALVATORE LAMONICA, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al.,<br>　　　　　　　　　　　　　Plaintiff,<br>v.<br>LYNN TILTON, et al.,<br>　　　　　　　　　　　　　Defendants. | 18-ap-01021 (DSJ)<br><br>**ORDER** |



This matter having come before this Court on the motion of plaintiff Salvatore LaMonica, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al. ("Plaintiff-Trustee") for an order enforcing Argonaut Insurance Company's ("Argo") liability on a supersedeas bond issued in connection with this action pursuant to FRAP 8(b), following the U.S. Court of Appeals for the Second Circuit having affirmed the judgment entered by United States District Court for the Southern District of New York in favor of Plaintiff-Trustee and against defendant Lynn Tilton and having issued its Mandate on November 8, 2023; and Argo having issued supersedeas bond Number SUR0060420 on behalf of Lynn Tilton to secure the judgment entered; and Argo having sought a commercially reasonable time to pay the judgment to Plaintiff–Trustee;

NOW, therefore, after due deliberation, it is hereby:

ORDERED, ADJUDGED and DECREED, that Argo shall pay the Plaintiff-Trustee $51,794,847.07, the amount of the judgment plus accrued interest, on or before November 29, 2023 by wire transfer in accordance with the instructions provided by counsel on November 8, 2023; and it is further

ORDERED, ADJUDGED and DECREED, that, upon Argo's payment of the judgment plus accrued interest as calculated herein to the Plaintiff-Trustee, Argo's supersedeas bond Number SUR0060420, dated October 15, 2021, as amended by rider dated February 23, 2022, shall be discharged, and that Argo, as surety, shall be forever released from any and all causes of action, claims and demands of any kind or nature in connection with said supersedeas bond.

Agreed to this 16th day of November, 2023

| Amini LLC | Torre, Lentz, Gamell, Gary & Rittmaster, LLP |
|---|---|
| /s/ Avery Samet<br>Bijan Amini<br>Avery Samet<br>131 West 35th Street<br>12th Floor<br>New York, New York 10001<br>(212) 490-4700<br>bamini@aminillc.com<br>asamet@aminillc.com<br>Attorneys for Plaintiff | /s/ Steven H. Rittmaster<br>Steven H. Rittmaster<br>Mark S. Gamell<br>100 Jericho Quadrangle<br>Suite 309<br>Jericho, NY 11753<br>(516) 240-8900<br>srittmaster@tlggr.com<br>mgamell@tlggr.com<br>Attorneys for Argo Insurance Company |

So ordered.

Dated: November 16, 2023

The Clerk shall close the case subject to the Court's retention of jurisdiction to enforce this order.

_____
Hon. Lewis A. Kaplan
United States District Judge