USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/07/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>**TRANSCARE CORPORATION, et al.,**<br>Debtors.<br>**SALVATORE LAMONICA**, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al.,<br>Plaintiff,<br>v.<br>**LYNN TILTON, et al.,**<br>Defendants. | 20-cv-06523 (LAK)<br><br>16-bk-10407 (DSJ)<br><br>18-ap-01021 (DSJ)<br><br>**SATISFACTION OF JUDGMENT** |

WHEREAS, an amended judgment (ECF Doc. #23) was entered in the above-entitled action on the December 22, 2021 in favor of plaintiff Salvatore LaMonica, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al., and against defendant Lynn Tilton in the amount of $38,200,000.00 plus interest at the rate of 6% per annum from February 24, 2016 to December 16, 2021, of $13,324,997.26, and costs in the amount of $0.00, for a total judgment against defendant Lynn Tilton in the amount of $51,524,997.26, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any sheriff or marshall,

THEREFORE, full and complete satisfaction of said judgment against defendant Lynn Tilton is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
December 7, 2023

Amini LLC

*/s/ Jeffrey Chubak*
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
Attorneys for Plaintiff

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

On the 7th day of December, 2023, before me personally came Jeffrey Chubak to me known and known to be an attorney with the firm of Amini LLC, attorneys for plaintiff Salvatore LaMonica, as Chapter 7 Trustee of the Jointly-Administered Estates of TransCare Corporation, et al., in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

*Samantha Merel*
Notary Public

Samantha Brinn Merel
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02ME6250497
Qualified in Westchester County
Commission Expires   June 22, 2025